IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MILLER HENLEY,            Plaintiff, | § § § | |
| v. | § | Civil Action No. 3:14-CV-1764-M-BK |
| | § | |
| JPMORGAN CHASE BANK N.A.,            Defendant. | § § § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case.  No objections were filed.  The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  Plaintiff's claims for breach of contract and to forestall foreclosure are dismissed with prejudice.  Plaintiff may amend to attempt to state other proper legal claims within fourteen days of the date of this Order.

**SO ORDERED** this 25th day of February, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS